**Fill in this information to identify your case:**

Debtor 1: **Matthew** **Forrest** **Hagen**
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **20-31728**

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**
☑ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**
☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
|  |  | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **4409 Caruth Blvd.**<br>Number   Street | From **10/2017**<br>To **10/2019** | Number   Street | From _____<br>To _____ |
| **Dallas        TX    75225**<br>City      State   ZIP Code |  | City    State    ZIP Code |  |

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
|  |  | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **8-20 Dove Way**<br>Number   Street | From **05/2016**<br>To **10/2017** | Number   Street | From _____<br>To _____ |
| **St. Thomas       VI    00802**<br>City      State   ZIP Code |  | City    State    ZIP Code |  |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
*(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
☐ No
☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1  **Matthew Forrest Hagen**   Case number (if known) 20-31728

## Part 2: Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $118,321.77 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, **2019**)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $237,873.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2018**)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $314,325.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $150,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, **2019**)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2018**)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

Debtor 1   **Matthew Forrest Hagen**                               Case number (if known) **20-31728**

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☒ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | **Lease Incentive** | $3,000.00 | | |
| | **Stimulus check** | $3,400.00 | | |
| | | | | |
| **For the last calendar year:** (January 1 to December 31, **2019**) YYYY | **Interest income** | $100.00 | | |
| | **K-1 Loss** | ($187.00) | | |
| | **NOL Carryforward** | ($2,299,632.00) | | |
| | **Sold Vehicle** | $39,000.00 | | |
| | **Sold Personal Items** | $28,500.00 | | |
| **For the calendar year before that:** (January 1 to December 31, **2018**) YYYY | **Interest income** | $55.00 | | |
| | **K-1 Loss** | ($406,889.00) | | |
| | **Capital Loss** | ($3,000.00) | | |
| | **NOL Carryforward** | ($1,003,577.00) | | |

Debtor 1    **Matthew Forrest Hagen**                       Case number (if known) **20-31728**

| Part 3: | **List Certain Payments You Made Before You Filed for Bankruptcy** |

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☒ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☒ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ **Yes.** **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Citi Card**<br>Creditor's name<br>**PO Box 790034**<br>Number   Street<br><br>**St Louis**         **MO**   **63179-0034**<br>City                 State    ZIP Code | **Over the last 90 days** | **$15,000.00** | | ☐ Mortgage<br>☐ Car<br>☒ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
| **American Express**<br>Creditor's name<br>**PO Box 981540**<br>Number   Street<br><br>**El Paso**           **TX**   **79998-1540**<br>City                 State    ZIP Code | **Over the last 90 days** | **$20,258.73** | | ☐ Mortgage<br>☐ Car<br>☒ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Debtor 1 **Matthew Forrest Hagen**      Case number (if known) **20-31728**

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

   ☐ No
   ☑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Donald Hagan**<br>Insider's name<br><br>Number    Street<br><br>City    State    ZIP Code | 01/21/2020 | $3,000.00 | | Repayment of a debt |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

### Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **AFP Investment Partners, LLC v. American Forest Products, LLC, Lexington Management, LLC, Surewood Forest Products, LLC, Southwoods, LLC, Matthew F. Hagan**<br><br>Case number **2:19-cv-05221** | | **Superior Court of CA/Los Angeles West Dist.**<br>Court Name<br><br>Number    Street<br><br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Legal Order LTS**<br>Creditor's Name<br><br>Number    Street<br><br>City    State    ZIP Code | **Bank account garnished to pay for state taxes of a former business interest**<br><br>**Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☑ Property was garnished.<br>☐ Property was attached, seized, or levied. | 02/18/2020 | $1,095.20 |

Debtor 1   **Matthew Forrest Hagen**                              Case number (if known) __20-31728__

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

### Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Julie Hagen**<br>Person to Whom You Gave the Gift | **Personal gifts and clothing** | Over Last 2 Years | $2,000.00 |
| _____<br>Number    Street | | | |
| _____<br>City         State    ZIP Code | | | |

Person's relationship to you **Spouse**

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

### Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

Debtor 1    **Matthew Forrest Hagen**                              Case number (if known) __20-31728__

### Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Quilling, Selander, et al** | | | |
| 2001 Bryan Street, Suite 1800 | | 02/03/2020 | $5,000.00 |
| Number    Street | | | |
| | | | |
| **Dallas        TX    75201** | | | |
| City           State  ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

| Person Who Was Paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Cricket Debt Counseling** | | | |
| | | 05/24/2020 | $24.00 |
| Number    Street | | | |
| | | | |
| City           State  ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

Debtor 1 **Matthew Forrest Hagen**     Case number (if known) **20-31728**

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☒ Yes. Fill in the details.

| Person Who Received Transfer | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Corey Peirsol** | Sold 2017 Jeep Wrangler | $39,000.00 | 08/28/2019 |
| **Third parties** | Sold personal items | $28,500.00 | 11/2019 |
| **ACAR Leasing Ltd.** | Returned 2016 Cadillac Escalade lease | | 03/21/2020 |
| | Correction General Warranty Deed with Vendor's Lien filed in Dallas County real property records | | 09/05/2019 |

Debtor 1 **Matthew Forrest Hagen**     Case number (if known) **20-31728**

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

- ☑ No
- ☐ Yes. Fill in the details.

### Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ☑ No
- ☐ Yes. Fill in the details.

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

- ☑ No
- ☐ Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

- ☐ No
- ☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **The Viking Corporation**<br>Name of Storage Facility<br>**9153 Estate Thomas**<br>Number Street<br><br>**St. Thomas**   **VI**   **00804-1536**<br>City   State   ZIP Code | **The Viking Corporation**<br>Name<br><br>Number Street<br><br>City   State   ZIP Code | **Wine refridgerator and safe** | ☐ No<br>☑ Yes |

### Part 9: Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

- ☐ No
- ☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Minor Son**<br>Owner's Name<br><br>Number Street<br><br>City   State   ZIP Code | **Bank of America**<br>Number Street<br><br>City   State   ZIP Code | **Debtor is a signer on his son's UTMA account (4984)** | **$9.73** |

Official Form 107     **Statement of Financial Affairs for Individuals Filing for Bankruptcy**     page 9

Debtor 1 __Matthew Forrest Hagen__       Case number (if known) __20-31728__

| Owner's Name | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Minor Daughter** | **Bank of America** | Debtor is a signer on his daughter's savings account (8879) | $14.99 |
| **Donald Hagen** | **Bank of America** | Debtor is a signer on his father's checking account (8990) | $29.67 |

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

    ☑ No
    ☐ Yes. Fill in the details.

25. Have you notified any governmental unit of any release of hazardous material?

    ☑ No
    ☐ Yes. Fill in the details.

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

    ☑ No
    ☐ Yes. Fill in the details.

Debtor 1 **Matthew Forrest Hagen**  Case number (if known) **20-31728**

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☒ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☒ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation

- ☐ No. None of the above applies. Go to Part 12.
- ☒ Yes. Check all that apply above and fill in the details below for each business.

**Lexington Management, LLC**
Business Name

Number  Street

City  State  ZIP Code

Describe the nature of the business
**Former AFP Affiliate**

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: 6 6 – 0 7 4 5 0 5 6

Dates business existed

From **04/2010** To **02/2019**

---

**Manhattan Holdings, LLC**
Business Name

Number  Street

City  State  ZIP Code

Describe the nature of the business
**Holding entity for AFP Interests**

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: 2 0 – 8 0 0 1 3 1 4

Dates business existed

From **11/2006** To **Present**

---

**Hagen Investments, LLC**
Business Name

Number  Street

City  State  ZIP Code

Describe the nature of the business
**AFP Related Entity**

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: 2 6 – 1 9 4 3 9 3 4

Dates business existed

From **11/2007** To **12/2017**

---

**Leeward Capital Management, LLC**
Business Name

**5328 Yacht Haven Grande, Unit #15**
Number  Street

**St. Thomas**  **VI**  **00802**
City  State  ZIP Code

Describe the nature of the business
**Office lease in Virgin Islands**

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: 6 6 – 0 8 0 2 3 3 6

Dates business existed

From **03/2013** To **Present**

Official Form 107  **Statement of Financial Affairs for Individuals Filing for Bankruptcy**  page 11

Debtor 1 **Matthew Forrest Hagen**     Case number (if known) **20-31728**

**WP Property, LLC**
Business Name

_____
Number   Street

_____

_____
City   State   ZIP Code

**Describe the nature of the business**
**Owns interest in timeshare**

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **6 6 – 0 7 4 5 0 5 8**

**Dates business existed**

From **04/2010** To **Present**

---

**American Forest Products, LLC**
Business Name

_____
Number   Street

_____

_____
City   State   ZIP Code

**Describe the nature of the business**
**AFP Related entity (owned by Hagen Investments, LLC)**

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **2 7 – 0 3 7 3 7 7 5**

**Dates business existed**

From **04/2009** To **03/2016**

---

**Sure-Wood Forest Products, LLC**
Business Name

_____
Number   Street

_____

_____
City   State   ZIP Code

**Describe the nature of the business**
**AFP related entity (owned by AFP Manufacturing, LLC)**

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **2 6 – 0 2 5 0 2 0 3**

**Dates business existed**

From **06/2009** To **02/2016**

---

**Southwoods, LLC**
Business Name

_____
Number   Street

_____

_____
City   State   ZIP Code

**Describe the nature of the business**
**AFP related entity (owned by AFP Manufacturing, LLC)**

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **2 6 – 1 1 0 6 4 2 9**

**Dates business existed**

From **07/2009** To **09/2015**

---

**Solid Carbon Capital Group, LLC**
Business Name

**PO Box 1650**
Number   Street

_____

**Topanga**     **CA**     **90290**
City   State   ZIP Code

**Describe the nature of the business**
**Manufacturer of carbon nanotubes (owned by Manhattan Holdings, LLC)**

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From **2013** To _____

---

**SCNRG, LLC**
Business Name

_____
Number   Street

_____

_____
City   State   ZIP Code

**Describe the nature of the business**
**Oil and gas**

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **2 7 – 1 5 5 8 3 7 1**

**Dates business existed**

From **2009** To **Present**

---

Debtor 1 **Matthew Forrest Hagen**  Case number (if known) **20-31728**

**LKCM Radio Group, LP**
Business Name

**301 Commerce Street, Ste. 1600**
Number   Street

**Fort Worth**   **TX**   **76102**
City   State   ZIP Code

**Describe the nature of the business**
**Holding company for interest in a radio station (owned by Hagen Investments, LLC)**

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **4 1 – 2 0 5 1 5 4 2**

**Dates business existed**

From **2008** To **Present**

---

**Trojan Management, LLC**
Business Name

Number   Street

City   State   ZIP Code

**Describe the nature of the business**
**Holding company for Lexington Management, LLC**

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **6 6 – 0 7 4 5 0 5 5**

**Dates business existed**

From **2005** To **02/2019**

---

**Leeward Capital Corporation**
Business Name

Number   Street

City   State   ZIP Code

**Describe the nature of the business**

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **6 6 – 0 8 2 9 3 9 1**

**Dates business existed**

From **10/2014** To **03/2019**

---

**Stop Talking, LLC**
Business Name

Number   Street

City   State   ZIP Code

**Describe the nature of the business**
**Previously owned a boat (destroyed in Hurricane Irma)**

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From **01/2013** To **02/2019**

---

**Southern Cross Forest Products, LLC**
Business Name

Number   Street

City   State   ZIP Code

**Describe the nature of the business**
**AFP related entity (owned by Lexington Management, LLC)**

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **6 6 – 0 7 4 6 0 6 7**

**Dates business existed**

From **04/2010** To **01/2012**

---

**Clegan Properties, LLC**
Business Name

Number   Street

City   State   ZIP Code

**Describe the nature of the business**
**AFP related entity (owned by Manhattan Holdings, LLC)**

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **5 2 – 2 1 0 1 6 1 7**

**Dates business existed**

From **03/1998** To **03/2014**

Debtor 1 **Matthew Forrest Hagen**  Case number (if known) **20-31728**

**AFP Property, LLC**
Business Name

Number Street

City State ZIP Code

**Describe the nature of the business**
AFP related entity (owned by American Forest Products, LLC)

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **2 7 – 0 3 7 3 8 4 9**

**Dates business existed**

From **04/2009** To **09/2015**

---

**AFP Distribution, LLC**
Business Name

Number Street

City State ZIP Code

**Describe the nature of the business**
AFP related entity (owned by American Forest Products, LLC)

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **2 7 – 0 3 7 5 4 0 2**

**Dates business existed**

From **04/2009** To **09/2015**

---

**AFP Manufacturing, LLC**
Business Name

Number Street

City State ZIP Code

**Describe the nature of the business**
AFP related entity (owned by American Forest Products, LLC)

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **2 7 – 0 3 7 3 9 0 8**

**Dates business existed**

From **04/2009** To **09/2015**

---

**American Moulding, LLC f/k/a AWM, I**
Business Name

Number Street

City State ZIP Code

**Describe the nature of the business**
AFP related entity (owned by AFP Distribution, LLC)

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **5 2 – 1 9 7 0 9 7 6**

**Dates business existed**

From _____ To **03/2016**

---

**Cutrain-side Carriers, LLC**
Business Name

Number Street

City State ZIP Code

**Describe the nature of the business**
AFP related entity (owned by AWM, LLC)

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From **06/2013** To **09/2015**

---

**Foster Decorative Millwork, LLC**
Business Name

Number Street

City State ZIP Code

**Describe the nature of the business**
AFP related entity (owned by AFP Manufacturing, LLC; closed)

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **6 8 – 0 2 5 7 6 3 7**

**Dates business existed**

From **10/1991** To **12/2014**

---

Debtor 1 **Matthew Forrest Hagen**     Case number (if known) **20-31728**

| Business Name | Nature of business | EIN | Dates |
|---|---|---|---|
| **Thunderbird Forest Products, LLC** | AFP related entity (owned by AFP Manufacturing, LLC) | 27-0373994 | From 04/2009 To 03/2016 |
| **Louisiana Wood Moulding, LLC** | AFP related entity (owned by AFP Manufacturing, LLC; closed) | 27-0374075 | From 04/2009 To 02/2014 |
| **Molding & Millwork Liquidators, LLC** | AFP related entity (owned by AFP Manufacturing, LLC) | 06-1800494 | From 06/2009 To 12/2014 |
| **Mr. Moulding, LLC** | AFP related entity (owned by AFP Manufacturing, LLC) | 68-0106539 | From 07/2009 To 2015 |
| **White Tail Properties, LLC** | AFP related entity (owned by AFP Property, LLC) | 26-0250062 | From 05/2007 To 09/2015 |
| **Southwoods Property, LLC** | AFP related entity (owned by AFP Property, LLC) | 26-1438694 | From 09/2007 To 09/2015 |

Debtor 1 **Matthew Forrest Hagen**    Case number (if known) **20-31728**

**TFP Property I, LLC**
Business Name

_____
Number    Street

_____

_____
City        State  ZIP Code

Describe the nature of the business
**AFP related entity (owned AFP Property, LLC)**

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **9 4 – 2 4 4 7 6 2 7**

**Dates business existed**

From **06/2009**    To **09/2015**

---

**TFP Property II, LLC**
Business Name

_____
Number    Street

_____

_____
City        State  ZIP Code

Describe the nature of the business
**AFP related entity (owned AFP Property, LLC)**

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **6 8 – 0 4 1 7 1 9 6**

**Dates business existed**

From **06/2009**    To **09/2015**

---

**LWM Properties, LLC f/k/a Louisiana**
Business Name
**Wood Moulding Company, Inc.**
Number    Street

_____

_____
City        State  ZIP Code

Describe the nature of the business
**AFP related entity (owned AFP Property, LLC)**

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **7 2 – 1 2 1 5 3 2 6**

**Dates business existed**

From **03/1994**    To **02/2014**

---

**AFP Logistics & Service, LLC**
Business Name

_____
Number    Street

_____

_____
City        State  ZIP Code

Describe the nature of the business
**AFP Related entity (owned by American Forest Products, LLC)**

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From **09/2010**    To **03/2016**

---

**Shearwater Properties, LLC f/k/a**
Business Name
**Shearwater Corporation**
Number    Street

_____

_____
City        State  ZIP Code

Describe the nature of the business
**AFP Related entity (owned by American Forest Products, LLC)**

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From **04/1996**    To **04/2018**

---

**Peer Street, Inc.**
Business Name

_____
Number    Street

_____

_____
City        State  ZIP Code

Describe the nature of the business
**(owned by Manhattan Holdings, LLC)**

**Name of accountant or bookkeeper**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From **2014**    To **Present**

Debtor 1   **Matthew Forrest Hagen**                                Case number (if known) **20-31728**

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
☒ Yes. Fill in the details below.

**Date issued**

**AFP Investment Partners, LLC**             **07/11/2019**
Name

_____
Number     Street

_____

_____
City                         State    ZIP Code

| Debtor 1 | **Matthew Forrest Hagen** | Case number (if known) | **20-31728** |

### Part 12: Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**X /s/ Matthew Forrest Hagen**  
Matthew Forrest Hagen, Debtor 1

**X** _____  
Signature of Debtor 2

Date **07/02/2020**  
Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No  
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No  
☐ Yes. Name of person _____ Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).